# JOSEPH J. HASPEL PLLC

ATTORNEY AT LAW
39 CASIMER ROAD
MIDDLETOWN, NEW YORK 10941
(845) 694-4409
(845) 313-6068 (CELL)
(845) 232-2293 (FAX)

JHASPEL@HASPELLAW.NET

JOSEPH J. HASPEL

MATTHEW A. BLANK

OF COUNSEL:
NEIL I. JACOBS

May 4, 2021

Via:   ECF

Hon. Robert D. Drain, USBCJ
Southern District of NY
300 Quarropas Street
Room 248
White Plains, NY 10601
Attention: Art

Re:   In re: Hershey Itzkowitz
      Chapter 13 Case No.: 14-22864
      Itzkowitz v 50 by 50 REO LLC
      Adv. Proc. No.: 14-08251

Dear Art:

This will confirm our telephone conversation this morning wherein I advised that the above-reference adversary proceeding can be closed. The letters on the docket dated October 20, 2015 and March 14, 2016 were in reference to the related case 15-08229.

The Notice of Settlement dated July 15, 2015 should be the last matter.

I can't recall any reason why the Court did not enter the Order when presented. However, I don't believe it is necessary at this juncture.

Very truly yours,

Joseph J. Haspel